**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

| In Re: | Case No: 08-50551 |
|---|---|
| BUSTER LYNN GREENE | SSN#1 - XXX-XX-2878 |
| SHIRLEY SUSAN GREENE | SSN#2 - XXX-XX-6879 |
| 4540 SUGAR CREEK PLACE | |
| LENOIR, NC  28645 | Judge: J. Craig Whitley |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**DISMISSED AFTER CONFIRMATION**

This Case was                                                                                                  The Plan was
Commenced on 05/14/2008                                                                         Confirmed on  08/12/2008

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: $50,100.00
Plan Base = $156,000.00

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 3,963.51 | 3,963.51 | |
| 1 | | DAVID E BOLGER | B-Base Attorney Fee(s) | 2,950.00 | 2,950.00 | 0.00 |
| 2 | | DAVID E BOLGER | B-Base Attorney Fee(s) | 0.00 | 0.00 | 0.00 |
| 9 | 13 | Fifth Third Bank | C-Car (910) | 21,925.53 | 6,473.62 | 2,867.78 |
| 13 | 7 | WACHOVIA BANK | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 14 | 6 | WACHOVIA BANK | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 24 | 6 | WACHOVIA BANK | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 3 | 4,17 | Agricredit | S-Secured-Pro-Rata | 10,588.52 | 3,063.15 | 1,146.31 |
| 4 | 12 | AMERICAN GENERAL FINANCE | S-Secured-Pro-Rata | 3,500.00 | 1,106.97 | 446.56 |
| 10 | 16 | HSBC RETAIL CREDIT USA INC | S-Secured-Pro-Rata | 4,000.00 | 1,181.01 | 453.21 |
| 11 | 11 | Kubota Credit Corporation | S-Secured-Pro-Rata | 1,800.00 | 531.46 | 235.43 |
| 12 | 18 | ECAST SETTLEMENT CORP ASSGE OF HSBC | S-Secured-Pro-Rata | 4,608.52 | 1,263.68 | 482.45 |
| 26 | 1 | CITIFINANCIAL AUTO CORP | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 6 | 8,9 | CITIZENS AUTO FINANCE | S-Secured-Pro-Rata | 5,875.05 | 1,858.61 | 749.56 |
| 7 | 10 | DCFS USA LLC | S-Secured-Pro-Rata | 48,045.22 | 15,196.51 | 6,130.18 |
| 8 | | DAIMLER CHRYSLER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 | | Aiken Black | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | 5 | BRANCH BANKING AND TRUST CO | U-Unsecured | 3,543.90 | 0.00 | 0.00 |
| 17 | | CALDWELL COUNTY AMBULANCE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | | CALDWELL MEMORIAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 27 | 15 | ECAST SETTLEMENT CORPORATION | U-Unsecured | 1,703.79 | 0.00 | 0.00 |
| 10,004 | 12 | AMERICAN GENERAL FINANCE | U-Unsecured | 833.56 | 0.00 | 0.00 |
| 10,010 | 16 | HSBC RETAIL CREDIT USA INC | U-Unsecured | 676.40 | 0.00 | 0.00 |
| 10,011 | 11 | Kubota Credit Corporation | U-Unsecured | 139.24 | 0.00 | 0.00 |
| 19 | | CALDWELL PHYSICIAN NETWORK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | CCS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | 3 | WACHOVIA BANK | U-Unsecured | 3,630.90 | 0.00 | 0.00 |
| 22 | 2 | WACHOVIA BANK | U-Unsecured | 4,021.48 | 0.00 | 0.00 |
| 23 | 14 | ECAST SETTLEMENT CORPORATION | U-Unsecured | 14,373.84 | 0.00 | 0.00 |
| 5 | | Citizens | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 | | ECAST SETTLEMENT CORPORATION | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$136,179.46** | **$37,588.52** | **$12,511.48** |

Case No.  08-50551   BUSTER LYNN GREENE & SHIRLEY SUSAN GREENE

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

/s/ Steven G. Tate

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 14, 2010.

Steven G. Tate, Trustee

S. Henderson

Office of the Chapter 13 Trustee

BUSTER LYNN GREENE & SHIRLEY SUSAN GREENE, 4540 SUGAR CREEK PLACE,  LENOIR, NC  28645

Total Served: 1